```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                          Case No. 20-10747-amc
Melvin Torres                                                   Chapter 13
       Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Feb 26, 2020
                              Form ID: 309I           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db             +Melvin Torres,    63 West Madison Street,    Mohnton, PA 19540-1209
tr             +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14463339       +American Dental Solutions,    of Exeter,    5500 Perkiomen Avenue,    Reading, PA 19606-3634
14463340        Apex Asset Management,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
14463347       +Diversified Adjustments,    600 Coon Rapids Blvd.,    Coon Rapids, MN 55433-5549
14463350       +G.H. Harris Associates Inc.,    P. O. Box 216,    Dallas, PA 18612-0216
14463352       +Governor Mifflin School District,    c/o Fulton Bank,    P. O. Box 4624,
                 Lancaster, PA 17604-4624
14463353        Harvey Friedland, Esquire,    Hill, Friedland & Scarafone,    1717 Swede Rd., Ste. 200,
                 Blue Bell, PA 19422-3372
14463354       +Hill's Cleaners and Dyers, Inc.,    880 Easton Road,    Warrington, PA 18976-2089
14463355       +Integrated Medical Group,    48 Tunnel Rd., Ste. 203,    Pottsville, PA 17901-3885
14463356       +Keith J. Golub, Esquire,    Hayt, Hayt & Landau LLC,    P. O. Box 500,    Eatontown, NJ 07724-0500
14463358       +Midland Funding LLC,    350 Camino De La Reina,    Suite 100,    San Diego, CA 92108-3007
14463357       +Midland Funding LLC,    c/o Hayt Hayt & Landau LLC,    2 Industrial Way West,
                 Eatontown, NJ 07724-2265
14463359        Montgomery Ward,    1112 Seventh Ave.,    Madison, WI 53366
14463360       +National Recovery Agency,    4201 Crums Mill Rd.,    Harrisburg, PA 17112-2893
14463361       +Penn State Health,    500 University Dr.,    Hershey, PA 17033-2391
14463362       +Pingora Loan Servicing LLC,    5151 Corporate Dr.,    Troy, MI 48098-2639
14463363       +Rebecca A. Solarz, Esquire,    KML Law Group, PC,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
14463365        St. Joseph Medical Group,    P. O. Box 4985,    Lancaster, PA 17604-4985
14463366        St. Joseph Medical Group,    5600 Brainerd Rd., Ste. 500,    Chattanooga, TN 37411-5371
14463368       +Stephanie Torres,    63 W. Madison St.,    Mohnton, PA 19540-1209
14463370       +The Bradford Exchange,    9333 Milwaukee Ave.,    Niles, IL 60714-1392

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dsgrdg@ptdprolog.net Feb 27 2020 03:27:50      DAVID S. GELLERT,
                 David S. Gellert PC,    3506 Perkiomen Avenue,    Reading, PA 19606
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:28:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 27 2020 03:28:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 27 2020 03:28:29      United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14463341        E-mail/Text: rperez@arcadiarecovery.com Feb 27 2020 03:28:34      Arcadia Recovery Bureau LLC,
                 645 Penn St., Fourth Fl.,    Reading, PA 19601-3543
14463342        EDI: CAPITALONE.COM Feb 27 2020 08:13:00      Capital One,    P. O. Box 30285,
                 Salt Lake City, UT 84130-0285
14463343       +E-mail/Text: bzern@celticbank.com Feb 27 2020 03:29:02      Celtic Bank Corp.,
                 268 S. State St., Ste. 300,    Salt Lake City, UT 84111-5314
14463344        EDI: CBS7AVE Feb 27 2020 08:18:00      Country Door,    1112 Seventh Ave.,
                 Monroe, WI 53566-1364
14463345       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2020 03:26:41      Credit One Bank,
                 6801 S. Cimarron Rd.,    Las Vegas, NV 89113-2273
14463346       +E-mail/Text: dsgrdg@ptdprolog.net Feb 27 2020 03:28:06      David S. Gellert, Esquire,
                 David S. Gellert, P.C.,    3506 Perkiomen Avenue,    Reading, PA 19606-2711
14463348       +EDI: AMINFOFP.COM Feb 27 2020 08:13:00      First Premier Bank,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
14463349       +E-mail/Text: cashiering-administrationservices@flagstar.com Feb 27 2020 03:28:57
                 Flagstar Bank,    5151 Corporate Dr.,    Troy, MI 48098-2639
14463351        EDI: CBS7AVE Feb 27 2020 08:18:00      Ginny's Inc. - CPU,    1112 Seventh Ave.,
                 Monroe, WI 53566-1364
14463364        EDI: NEXTEL.COM Feb 27 2020 08:13:00      Sprint Corp.,    P. O. Box 7949,
                 Overland Park, KS 66207-0949
14463369        EDI: CBS7AVE Feb 27 2020 08:18:00      Swiss Colony,    1112 Seventh Ave.,
                 Monroe, WI 53566-1364
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Feb 26, 2020
                              Form ID: 309I           Total Noticed: 42

14463367     ##+St. Joseph Medical Group,   P. O. Box 4154,   Lancaster, PA 17604-4154
                                                                           TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
```
            DAVID S. GELLERT    on behalf of Debtor Melvin  Torres dsgrdg@ptdprolog.net
            REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
            SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Melvin Torres** | Social Security number or ITIN  **xxx–xx–4409** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **2/5/20** |
| Case number: | **20–10747–amc** | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| 1. **Debtor's full name** | Melvin Torres | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 63 West Madison Street<br>Mohnton, PA 19540 | |
| 4. **Debtor's attorney**<br>Name and address | DAVID S. GELLERT<br>David S. Gellert PC<br>3506 Perkiomen Avenue<br>Reading, PA 19606 | Contact phone (610) 779–8000<br><br>Email:  dsgrdg@ptdprolog.net |
| 5. **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email:  ECFMail@ReadingCh13.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 2/26/20 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

Debtor **Melvin Torres**   Case number **20–10747–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 24, 2020 at 1:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/23/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/15/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/3/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $440.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/23/20** at **10:00 AM** , Location: **201 Penn Street, 4th Floor, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |