## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    MELVIN TORRES | : | Bankruptcy No. 20-10747 PMM |
| | : | |
|    Debtor | : | Chapter 13 |

### CERTIFICATION OF NO ANSWER

AND NOW, this 5th day of May, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no answer was filed or served on him regarding the Notice of Motion, Response Deadline and Hearing Date with respect to the Debtor's Motion to Avoid Lien of Midland Funding LLC.

    s/   David S. Gellert
David S. Gellert, Esquire
Attorney for Debtor
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net