# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    MELVIN TORRES                        :        Bankruptcy No. 20-10747 PMM
                                                    :
    Debtor                               :        Chapter 13

## **ORDER**

Upon consideration of the Motion of Debtor to Avoid Judicial Lien of Midland Funding LLC, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Judicial Lien held by MIDLAND FUNDING LLC, entered at docket number 19-21112 in the Berks County Court of Common Pleas against real property of the Debtor more particularly described in Debtor's Motion, is hereby **AVOIDED IN ITS ENTIRETY**; it is further

**ORDERED** that the Debtor is authorized to take all steps necessary and appropriate to note the avoidance of the Judicial Lien on the Docket of the Court of Common Pleas of Berks County; however, the failure to do so shall not affect the avoided status of the Judicial Lien; and it is further

**ORDERED** that the avoidance of the Judicial Lien shall be effective upon completion of the Debtor's Chapter 13 Plan and the entry of the discharge order.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge