UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Melvin Torres<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-10747-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 12th day of June, 2020, by first class mail upon those listed below:

Melvin Torres
63 West Madison Street
Mohnton, PA  19540

**Electronically via CM/ECF System Only:**

DAVID S GELLERT ESQ
3506 PERKIOMEN AVE
READING, PA  19606

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee