**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| MELVIN TORRES | : | Bankruptcy No. 20-10747 PMM |
| | : | |
| Debtor | : | Chapter 13 |

**CERTIFICATION OF NO OBJECTION**

AND NOW, this 26th day of October, 2020, David S. Gellert, Esquire, of David S.

Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved

objection was filed or served on him with respect to the Notice dated October 2, 2020 of the

filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  October 26, 2020          s/  David S. Gellert
                                  David S. Gellert, Esquire
                                  David S. Gellert, P.C.
                                  3506 Perkiomen Avenue
                                  Reading, PA 19606
                                  (610) 779-8000
                                  Fax: (610) 370-1393
                                  dsgrdg@ptdprolog.net