UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MELVIN TORRES                : Chapter 13

        Debtors                :

                        : Bankruptcy No.  20-10747PMM

## O R D E R

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 1-1 of LVNV FUNDING, LLC and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 1-1 of LVNV FUNDING, LLC is disallowed.

BY THE COURT:

Dated: **November 19, 2020**

_____
**Patricia M. Mayer,
Bankruptcy Judge**