UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 20-10747
CHAPTER 13 CASE

IN RE:

Melvin Torres,

Debtor(s).
_____/

## NOTICE OF WITHDRAWAL OF FILED TRANSFER OF CLAIM

**PLEASE TAKE NOTICE** that Freedom Mortgage Corporation hereby withdraws the Transfer of Claim filed on January 27, 2021 [Docket No.38] related to Claim Number 12-2.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Withdrawal of the filed Transfer of Claim was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail through CM/ECF on this date.

Date:  March 3, 2021

Melvin Torres
63 W Madison St
Mohnton, PA 19540-1209

David S Gellert Pc
3506 Perkiomen Ave
Reading, PA 19606-2711

Scott F Waterman, Trustee
2901 Saint Lawrence Ave Ste 100
Reading, PA 19606-2265

Choice Legal Group, P.A.
P.O. Box 771270
Coral Springs, FL 33077
Telephone:  (954) 453-0365/1-800-441-2438
Facsimile:   (954) 771-6052
reshaundra.suggs@clegalgroup.com

By: */s/ ReShaundra M. Suggs*
ReShaundra M. Suggs