| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA  19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-10747-PMM

| | |
|---|---|
| Melvin Torres<br>63 West Madison Street<br>Mohnton  PA   19540 | Petition Filed Date: 02/05/2020<br>341 Hearing Date: 03/24/2020<br>Confirmation Date: 10/01/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $440.00 | | 05/24/2021 | $440.00 | | 06/21/2021 | $440.00 | |
| 08/02/2021 | $440.00 | 8/2/2021 | 08/30/2021 | $440.00 | | 09/28/2021 | $440.00 | |
| 11/12/2021 | $440.00 | | 01/20/2022 | $440.00 | | 01/31/2022 | $440.00 | |
| 02/15/2022 | $440.00 | | 05/12/2022 | $1,760.00 | | 06/17/2022 | $440.00 | |
| 07/15/2022 | $440.00 | | | | | | | |

**Total Receipts for the Period: $7,040.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,760.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | GINNYS<br>»» 002 | Unsecured Creditors | $615.69 | $0.00 | $615.69 |
| 3 | MASON<br>»» 003 | Unsecured Creditors | $687.17 | $0.00 | $687.17 |
| 4 | THE SWISS COLONY<br>»» 004 | Unsecured Creditors | $1,018.48 | $0.00 | $1,018.48 |
| 5 | MONTGOMERY WARD<br>»» 005 | Unsecured Creditors | $781.81 | $0.00 | $781.81 |
| 6 | COUNTRY DOOR<br>»» 006 | Unsecured Creditors | $996.28 | $0.00 | $996.28 |
| 7 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $300.30 | $0.00 | $300.30 |
| 8 | BIRCHLAND MARKET<br>»» 008 | Unsecured Creditors | $312.93 | $0.00 | $312.93 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $499.12 | $0.00 | $499.12 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $569.58 | $0.00 | $569.58 |
| 11 | OLIPHANT USA, LLC<br>»» 011 | Unsecured Creditors | $739.24 | $0.00 | $739.24 |
| 12 | RUSHMORE LOAN MANAGEMENT SERVICES<br>»» 012 | Mortgage Arrears | $21,526.05 | $8,670.12 | $12,855.93 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $1,529.01 | $0.00 | $1,529.01 |
| 14 | CHAPTER HOLDINGS LLC FBO<br>»» 014 | Unsecured Creditors | $323.06 | $0.00 | $323.06 |

**Chapter 13 Case No. 20-10747-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,760.00 | Current Monthly Payment: | $440.00 |
| Paid to Claims: | $11,670.12 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,089.88 | Total Plan Base: | $35,100.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.