Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-10747-PMM**

Melvin Torres  
63 West Madison Street  
Mohnton  PA    19540

Petition Filed Date: 02/05/2020  
341 Hearing Date: 03/24/2020  
Confirmation Date: 10/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $440.00 | | 09/15/2022 | $440.00 | | 10/18/2022 | $440.00 | |
| 11/15/2022 | $440.00 | | 12/15/2022 | $440.00 | | 01/23/2023 | $440.00 | |
| 02/24/2023 | $440.00 | | 04/03/2023 | $440.00 | | 05/01/2023 | $440.00 | |
| 05/17/2023 | $440.00 | | 06/27/2023 | $440.00 | | | | |

**Total Receipts for the Period: $4,840.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | GINNYS »» 002 | Unsecured Creditors | $615.69 | $0.00 | $615.69 |
| 3 | MASON »» 003 | Unsecured Creditors | $687.17 | $0.00 | $687.17 |
| 4 | THE SWISS COLONY »» 004 | Unsecured Creditors | $1,018.48 | $0.00 | $1,018.48 |
| 5 | MONTGOMERY WARD »» 005 | Unsecured Creditors | $781.81 | $0.00 | $781.81 |
| 6 | COUNTRY DOOR »» 006 | Unsecured Creditors | $996.28 | $0.00 | $996.28 |
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $300.30 | $0.00 | $300.30 |
| 8 | BIRCHLAND MARKET »» 008 | Unsecured Creditors | $312.93 | $0.00 | $312.93 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $499.12 | $0.00 | $499.12 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $569.58 | $0.00 | $569.58 |
| 11 | OLIPHANT USA, LLC »» 011 | Unsecured Creditors | $739.24 | $0.00 | $739.24 |
| 12 | RUSHMORE LOAN MANAGEMENT SERVICES »» 012 | Mortgage Arrears | $21,526.05 | $13,105.32 | $8,420.73 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 013 | Unsecured Creditors | $1,529.01 | $0.00 | $1,529.01 |
| 14 | CHAPTER HOLDINGS LLC FBO »» 014 | Unsecured Creditors | $323.06 | $0.00 | $323.06 |

Chapter 13 Case No. 20-10747-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,600.00 | Current Monthly Payment: | $788.00 |
| Paid to Claims: | $16,105.32 | Arrearages: | $3,316.00 |
| Paid to Trustee: | $1,494.68 | Total Plan Base: | $35,100.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.