| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-10747-PMM

Melvin Torres
63 West Madison Street
Mohnton  PA   19540

Petition Filed Date: 02/05/2020
341 Hearing Date: 03/24/2020
Confirmation Date: 10/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/06/2023 | $3,316.00 | | 09/19/2023 | $788.00 | | 10/30/2023 | $788.00 | |
| 12/11/2023 | $788.00 | | 01/23/2024 | $788.00 | | 02/20/2024 | $788.00 | |
| 03/20/2024 | $788.00 | | 04/03/2024 | $788.00 | | 05/30/2024 | $788.00 | |
| 06/12/2024 | $788.00 | | | | | | | |

**Total Receipts for the Period: $10,408.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $28,008.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | GINNYS »» 002 | Unsecured Creditors | $615.69 | $72.62 | $543.07 |
| 3 | MASON »» 003 | Unsecured Creditors | $687.17 | $81.05 | $606.12 |
| 4 | THE SWISS COLONY »» 004 | Unsecured Creditors | $1,018.48 | $120.12 | $898.36 |
| 5 | MONTGOMERY WARD »» 005 | Unsecured Creditors | $781.81 | $92.21 | $689.60 |
| 6 | COUNTRY DOOR »» 006 | Unsecured Creditors | $996.28 | $117.51 | $878.77 |
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $300.30 | $35.42 | $264.88 |
| 8 | BIRCHLAND MARKET »» 008 | Unsecured Creditors | $312.93 | $36.91 | $276.02 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $499.12 | $58.87 | $440.25 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $569.58 | $67.18 | $502.40 |
| 11 | OLIPHANT USA, LLC »» 011 | Unsecured Creditors | $739.24 | $87.19 | $652.05 |
| 12 | RUSHMORE SERVICING »» 012 | Mortgage Arrears | $21,526.05 | $21,526.05 | $0.00 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 013 | Unsecured Creditors | $1,529.01 | $180.34 | $1,348.67 |
| 14 | CHAPTER HOLDINGS LLC FBO »» 014 | Unsecured Creditors | $323.06 | $38.10 | $284.96 |

Chapter 13 Case No. 20-10747-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,008.00 | Current Monthly Payment: | $788.00 |
| Paid to Claims: | $25,513.57 | Arrearages: | $2,364.00 |
| Paid to Trustee: | $2,494.43 | Total Plan Base: | $35,100.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.