United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-10747-pmm

Melvin Torres  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4

Date Rcvd: Dec 05, 2024      Form ID: pdf900      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melvin Torres, 963 Rettew Mill Road, RTLT 26, Ephrata, PA 17522-1886 |
| cr | + | Rushmore Servicing as servicer for U.S. Bank Natio, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | + | U.S Bank National Association, not in its individu, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 14463339 | + | American Dental Solutions, of Exeter, 5500 Perkiomen Avenue, Reading, PA 19606-3634 |
| 14622112 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esq., 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14463350 | + | G.H. Harris Associates Inc., P. O. Box 216, Dallas, PA 18612-0216 |
| 14463353 | | Harvey Friedland, Esquire, Hill, Friedland & Scarafone, 1717 Swede Rd., Ste. 200, Blue Bell, PA 19422-3372 |
| 14463354 | + | Hill's Cleaners and Dyers, Inc., 880 Easton Road, Warrington, PA 18976-2089 |
| 14463355 | + | Integrated Medical Group, 48 Tunnel Rd., Ste. 203, Pottsville, PA 17901-3885 |
| 14463356 | + | Keith J. Golub, Esquire, Hayt, Hayt & Landau LLC, P. O. Box 500, Eatontown, NJ 07724-0500 |
| 14463359 | | Montgomery Ward, 1112 Seventh Ave., Madison, WI 53366 |
| 14463361 | + | Penn State Health, 500 University Dr., Hershey, PA 17033-2391 |
| 14463363 | + | Rebecca A. Solarz, Esquire, KML Law Group, PC, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 14463366 | | St. Joseph Medical Group, 5600 Brainerd Rd., Ste. 500, Chattanooga, TN 37411-5371 |
| 14463367 | + | St. Joseph Medical Group, P. O. Box 4154, Lancaster, PA 17604-4154 |
| 14463365 | | St. Joseph Medical Group, P. O. Box 4985, Lancaster, PA 17604-4985 |
| 14463368 | + | Stephanie Torres, 63 W. Madison St., Mohnton, PA 19540-1209 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 05 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2024 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Dec 05 2024 23:54:13 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14463340 | ^ | MEBN | Dec 05 2024 23:53:47 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14463341 | + | Email/Text: rperez@arcadiarecovery.com | Dec 05 2024 23:58:00 | Arcadia Recovery Bureau LLC, 645 Penn St., Fourth Fl., Reading, PA 19601-3559 |
| 14483489 | + | Email/Text: bankruptcy@sccompanies.com | Dec 05 2024 23:59:00 | Birchland Market, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14463342 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2024 00:00:22 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 20-10747-pmm   Doc 83   Filed 12/07/24   Entered 12/08/24 00:33:58   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 14481235 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 06 2024 00:00:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14463343 | + | Email/Text: bzern@celticbank.com | Dec 05 2024 23:59:00 | Celtic Bank Corp., 268 S. State St., Ste. 300, Salt Lake City, UT 84111-5314 |
| 14480865 | + | Email/Text: bankruptcy@sccompanies.com | Dec 05 2024 23:59:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14463344 | | Email/Text: bankruptcy@sccompanies.com | Dec 05 2024 23:59:00 | Country Door, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 14463345 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2024 00:00:27 | Credit One Bank, 6801 S. Cimarron Rd., Las Vegas, NV 89113-2273 |
| 14463346 | + | Email/Text: dsgrdg@ptdprolog.net | Dec 05 2024 23:58:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14463347 | ^ | MEBN | Dec 05 2024 23:53:59 | Diversified Adjustments, 600 Coon Rapids Blvd., Coon Rapids, MN 55433-5549 |
| 14493738 | | Email/Text: servicingmailhub@flagstar.com | Dec 05 2024 23:59:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14463348 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 05 2024 23:59:57 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14463349 | + | Email/Text: servicingmailhub@flagstar.com | Dec 05 2024 23:59:00 | Flagstar Bank, 5151 Corporate Dr., Troy, MI 48098-2639 |
| 14579026 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 05 2024 23:58:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14477760 | + | Email/Text: bankruptcy@sccompanies.com | Dec 05 2024 23:59:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14463351 | | Email/Text: bankruptcy@sccompanies.com | Dec 05 2024 23:59:00 | Ginny's Inc. - CPU, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 14473389 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14477761 | + | Email/Text: bankruptcy@sccompanies.com | Dec 05 2024 23:59:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14463357 | ^ | MEBN | Dec 05 2024 23:54:22 | Midland Funding LLC, c/o Hayt Hayt & Landau LLC, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 14489858 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 23:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14463358 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 23:58:00 | Midland Funding LLC, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14477763 | + | Email/Text: bankruptcy@sccompanies.com | Dec 05 2024 23:59:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14493396 | + | Email/Text: bnc@bass-associates.com | Dec 05 2024 23:58:00 | Oliphant USA, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14472181 | ^ | MEBN | Dec 05 2024 23:54:03 | PINGORA LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14463362 | ^ | MEBN | Dec 05 2024 23:54:15 | Pingora Loan Servicing LLC, 5151 Corporate Dr., Troy, MI 48098-2639 |
| 14488922 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2024 23:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14702933 | ^ | MEBN | Dec 05 2024 23:54:14 | Rushmore Loan Management Services, LLC, c/o Lauren M. Moyer, Esq, 1325 Franklin Avenue, Ste |

Case 20-10747-pmm    Doc 83    Filed 12/07/24    Entered 12/08/24 00:33:58    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 160, Garden City, NY 11530-1631 |
| 14463364 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Dec 06 2024 00:11:57 | Sprint Corp., P. O. Box 7949, Overland Park, KS 66207-0949 |
| 14463369 | | Email/Text: bankruptcy@sccompanies.com | Dec 05 2024 23:59:00 | Swiss Colony, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 14463370 | ^ | MEBN | Dec 05 2024 23:54:27 | The Bradford Exchange, 9333 Milwaukee Ave., Niles, IL 60714-1392 |
| 14477762 | + | Email/Text: bankruptcy@sccompanies.com | Dec 05 2024 23:59:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14829992 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2024 23:58:00 | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14702346 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2024 23:58:00 | US Bank National Association, not in its indiv., capacity but solely as trustee for RMTP, Trust, Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Freedom Mortgage Corp., 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14616684 | * | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14493783 | *+ | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14463352 | ##+ | Governor Mifflin School District, c/o Fulton Bank, P. O. Box 4624, Lancaster, PA 17604-4624 |
| 14463360 | ##+ | National Recovery Agency, 4201 Crums Mill Rd., Harrisburg, PA 17112-2893 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DAVID S. GELLERT | on behalf of Debtor Melvin Torres dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | |

| | |
|---|---|
| | on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com |
| LAUREN MOYER | |
| | on behalf of Creditor U.S Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cotttage-TT-V bkecf@friedmanvartolo.com |
| LAUREN MOYER | |
| | on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com |
| LAUREN MOYER | |
| | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com |
| ROLANDO RAMOS-CARDONA | |
| | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| --- | --- |
| Melvin Torres | Bankruptcy No. 20-10747-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 5, 2024**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE